JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. TORRALBA, JR., <br> Plaintiff, <br> v. <br> NATIONAL GENERAL INSURANCE COMPANY, et al., <br> Defendants. | Case No. ED CV 22-1856-DMG (KKx) <br><br> **JUDGMENT** |

    On December 15, 2023, this Court having granted Defendant's motion to dismiss with prejudice, thereby resolving all remaining issues and claims outstanding herein,

    IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants National General Insurance Company and Integon National Insurance Company and that this action is dismissed on the merits.

    **IT IS SO ORDERED.**

DATED: December 15, 2023

                                                                         DOLLY M. GEE <br>
                                                        UNITED STATES DISTRICT JUDGE